# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **ALOYSIUS G. MCFALL,** | : |
|     **Plaintiff,** | : |
| | :    **CIVIL ACTION** |
|     v. | : |
| | :    **NO. 11-3049** |
| **C. THEODORE FRITSCH, JR., ET AL.,** | : |
|     **Defendants.** | : |

## ORDER

**AND NOW**, this _____ day of April, 2012, upon consideration of the Motion to Dismiss filed by Defendants the Honorable Robert D. Castille and the Honorable C. Theodore Fritsch, Jr.(Doc. 6), and Plaintiff's Response in Opposition thereto (Doc. 9), **IT IS HEREBY ORDERED and DECREED** that Defendants' Motion is **GRANTED**.

**IT IS FURTHER ORDERED** that, upon consideration of the Motion to Dismiss filed by Defendants Charles O. Marte, Jr., Esquire and Tracy L. Cassel-Brophy, Esquire (Doc. 8) and Plaintiff's Response in Opposition thereto (Doc. 10), **IT IS HEREBY ORDERED AND DECREED** that Defendants' Motion is **GRANTED**.

**IT IS FURTHER ORDERED** that Plaintiff's Complaint is **DISMISSED** with **PREJUDICE**. The Clerk of the Court shall mark the above-captioned case as **CLOSED.**

                                              **BY THE COURT:**
                                              /S/ Petrese B. Tucker

                                              **Hon. Petrese B. Tucker, U.S.D.J.**